## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE, )<br>    Plaintiff/Counterclaim Defendant, )<br>    vs. )<br>BROWN UNIVERSITY, )<br>    Defendant/Crossclaim Defendant, )<br>    and )<br>JOHN STILES, )<br>    Defendant/Crossclaim and<br>    Counterclaim Plaintiff. ) | Case No.: 1:23-cv-00376-WES-LDA |

## STIPULATION FOR EXTENSION OF TIME

The parties hereby stipulate to the following:

1. Defendant John Stiles shall have up to and including January 8, 2024, to respond to Plaintiff Jane Doe's motion to dismiss (ECF 40); and

2. Plaintiff Jane Doe shall have up to and including January 22, 2024, to reply to the response filed by Defendant John Stiles.

This stipulation is filed pursuant to *Fed. R. Civ. P.* 6(b)(3) by agreement of the parties.

Presented on December 14, 2023 by:

The Plaintiff, Jane Doe,
By her Attorneys,

/s/ Irene R. Lax

Irene R. Lax (Pro Hac Vice)
Barbara J. Hart (Pro Hac Vice)
Grant & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8512
ilax@gelaw.com

/s/ Louise A. Herman

Louise A. Herman
Herman Law Group
1445 Wampanoag Trail, Suite 104
East Providence, RI 02915
Tel: (401) 655-5554
lherman@lhermanlaw.com

The Defendant, John Stiles,
By his Attorney,

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, #2603
Ratcliffe Harten Galamaga LLP
40 Westminster Street, Suite 700
Providence, RI  02903
(401) 331-3400
rratcliffe@rhgllp.com

The Defendant, Brown University,
By its Attorney

/s/ Steven M. Richard
Steven M. Richard, #4403
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: 401-454-1000
srichard@nixonpeabody.com

## CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on December 14, 2023, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ J. Richard Ratcliffe