# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00376-WES-LDA |
| | ) |
| v. | ) |
| | ) |
| BROWN UNIVERSITY, | ) |
| | ) |
| and | ) |
| | ) |
| JOHN STILES, a pseudonym, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance on behalf of Plaintiff Jane Doe.

Plaintiff will continue to be represented by Grant & Eisenhofer P.A.

Dated: January 24, 2024

Respectfully submitted,

/s/ *Irene R. Lax*
Irene R. Lax
**GRANT & EISENHOFER P.A.**
Irene R. Lax *(Pro Hac Vice)*
Barbara J. Hart *(Pro Hac Vice)*
485 Lexington Avenue
New York, NY 10017
(646) 722-8512
ilax@gelaw.com
bhart@gelaw.com

**GRANT & EISENHOFER P.A.**
Elizabeth Bailey *(Pro Hac Vice)*
Cynthia B. Morgan *(Pro Hac Vice)*
Kathryne L. Hemmings *(Pro Hac Vice)*
123 Justison Street
Wilmington, Delaware 19801
(302) 622-7086

ebailey@gelaw.com
cmorgan@gelaw.com
khemmings@gelaw.com

**GRANT & EISENHOFER P.A.**
Elizabeth M. Graham
201 Mission Street, Suite 1200
San Francisco, CA 94105
ebraham@gelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she filed the foregoing Notice of Withdrawal of Appearance through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

*/s/ Irene R. Lax*
Irene R. Lax