UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **JANE DOE** ) | |
|    *Plaintiff*, ) | |
| ) | |
| v. ) | C.A. No.: 23-cv-00376 |
| ) | |
| ) | |
| **BROWN UNIVERSITY, and** ) | |
| **JOHN STILES** ) | |
|    *Defendant*, ) | |

### RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL'S OBJECTION AND MOTION TO QUASH SUBPOENA

NOW COMES counsel for the Rhode Island Office of the Attorney General ("RIAG") pursuant to Rule 45(c) of the Federal Rules of Civil Procedure and the Local Rules of the District of Rhode Island, and hereby objects to the subpoena served upon it by the Defendant, John Stiles. The RIAG moves this Honorable Court for an Order quashing the subpoena served upon it pursuant to Rule 45(d), or, in the alternative, an Order issuing a protective order pursuant to Rule 26(c) narrowing the scope of the subpoena and imposing limitations on the use and disclosure of any records produced.

WHEREFORE, the RIAG requests an Order of this Honorable Court granting its objection or quashing the subpoena served upon it, or, in the alternative, issuing a protective order.

1

Respectfully submitted,

State of Rhode Island Office of the Attorney General,

By:

PETER F. NERONHA
ATTORNEY GENERAL


*/s/Patrick Reynolds*
Patrick Reynolds, #10459
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel: (401) 274-4400, Ext. 2019
Fax: (401) 222-3016
preynolds@riag.ri.gov

**CERTIFICATION OF SERVICE**

     I the undersigned, hereby certify that I have filed the within Document via the ECF System and that it is available for viewing and downloading on this 17th day of January, 2025. A copy has also been sent via the ECF filing system to counsel of record for the Defendant, John Stiles.

J. Richard Ratcliffe, Esq.
rratcliffe@rhgllp.com

*/s/ Abigail Clark*