UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JANE DOE, a pseudonym,

Plaintiff,

v.                                                                          C.A. NO.: 23-cv-376-MSM-LDA

BROWN UNIVERSITY and
JOHN STILES, a pseudonym

Defendants.

**STIPULATION EXTENDING TIME FOR DEFENDANT BROWN UNIVERSITY'S
RESPONSE TO PLAINTIFF'S DOCUMENT REQUEST**

Plaintiff Jane Doe and Defendant Brown University stipulate that Brown University shall

have up to and including May 16, 2025 to respond to Plaintiff's First Request for Production of

Documents dated March 28, 2025.

| | |
|---|---|
| JANE DOE | BROWN UNIVERSITY |
| By Her Attorneys, | By Its Attorneys, |
| */s/ Cindy Morgan* | */s/ Steven M. Richard* |
| Grant & Eisenhofer P.A. | Steven M. Richard (#4403) |
| Cindy Morgan, (*Pro Hac Vice*) | Madeline Coburn (#10846) |
| Ken S. Massey (*Pro Hac Vice*) | Nixon Peabody LLP |
| 123 Justison Street | One Citizens Plaza, Suite 500 |
| Wilmington, DE 19801 | Providence, RI 02903 |
| Tel: (302) 622-7000 | Tel: 401-454-1000 |
| cmorgan@gelaw.com | Fax: 401-454-1030 |
| kmassey@gelaw.com | srichard@nixonpeabody.com |
| | mcoburn@nixonpeabody.com |

Louise A. Herman (#6430)
Herman Law Group
1445 Wampanoag Trail, Suite 104
East Providence, RI 02915
Telephone: (401) 277-4110
lherman@lhermanlaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on this April 9, 2025, I filed and served this Stipulation through the Court's

CM/ECF system.

*/s/ Steven M. Richard*_____

4914-4213-9443.1