### UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOE,<br>    Plaintiff/Counterclaim Defendant,<br>vs.<br>BROWN UNIVERSITY,<br>    Defendant/Crossclaim Defendant,<br>and<br>JOHN STILES,<br>    Defendant/Crossclaim and<br>    Counterclaim Plaintiff. | Case No.: 1:23-cv-00376-WES-LDA |

### JOHN STILES' NOTICE REGARDING TEMPORARILY UNSEALED DOCUMENT

Pursuant to this Court's Text Order of April 16, 2025, John Stiles provided copies of ECF No. 4 to Google and pacermonitor.com. Mr. Stiles requests that the Court now reseal ECF No. 4.

Date: April 18, 2025

The Defendant, John Stiles,
by his Attorney,

/s/ J. Richard Ratcliffe
J. Richard Ratcliffe, Esq. #2603
Ratcliffe Harten Galamaga, LLP
40 Westminster Street, Suite 700
Providence, R.I. 02903
Tel: (401) 331-3400
Fax: (401) 331-3440
rratcliffe@rhgllp.com

### CERTIFICATE OF SERVICE

I, J. Richard Ratcliffe, certify that on April 18, 2025, this document was electronically filed through the Court's CM/ECF system and is available for viewing and downloading to all registered counsel of record.

/s/ J. Richard Ratcliffe