# United States Court of Appeals
## For the First Circuit

———————————————

No. 24-1611

JANE DOE,

Plaintiff - Appellant,

v.

BROWN UNIVERSITY; JOHN STILES,

Defendants - Appellees.

———————————————

**MANDATE**

Entered: April 30, 2025

In accordance with the judgment of April 8, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Barbara J. Hart
Kathryne L. Hemmings
Louise A. Herman
James Richard Ratcliffe
Steven M. Richard